# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Henry J. Steele, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00586-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Jane Doe | ) | |
| Geraldine Bennett | | |
| John Doe, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 1, 2017 Order.

December 1, 2017

*Frank G. Johs*

Frank G. Johns, Clerk
United States District Court